**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:

    **Preston Casteel Electric Company, Inc**    Case No.: **11−77605−mhm**
    Chapter: **7**
    Judge: **Margaret Murphy**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

| **To be filed Within Seven (7) Days From the Date of Filing of the Petition:** | **To be filed Within Thirty (30) days From the Date of Filing of the Petition** |
|---|---|
| N/A | N/A |

**To be filed within Seven (7) Days From the Date of Filing of the Petition**
N/A

**To be Filed Within Fourteen (14) Days From the Date of Filing of the Petition**
Statement of Financial Affairs (Form 7)
Schedule A
Schedule B
Schedule D
Schedule E
Schedule F
Schedule G
Schedule H
Summary of Schedules, Page 1 (Form 6−Summary)
Declaration Concerning Debtor's Schedules (Form 6)
Attorney Disclosure of Compensation Form 203

No Box Checked under "Nature of Business" on the 1st Page of the Voluntary Petition.

Dated: 9/27/11                                                M. Regina Thomas
                                                                                              Clerk of Court

Form 430                                                                 By: Susan Wellfare
                                                                       Deputy Clerk